UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE HANOVER INSURANCE COMPANY,<br><br>                             Plaintiff,<br><br>v.<br><br>BAY CLUB FAIRBANKS RANCH LLC,<br><br>                             Defendant. | Case No.: 20cv1125-BEN-MDD<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO CONTINUE**<br><br>[ECF No. 18] |

On February 17, 2021, Defendant Bay Club Fairbanks Ranch, LLC filed an unopposed motion to continue all future dates in the Court's scheduling order and the deadline to file a joint motion for determination of a discovery dispute by sixty days. (ECF No. 18). In support, Defendant's counsel explains that his "point of contact with the entity defendant has been extremely ill with COVID-19 like symptoms, and is now incommunicado." (*Id.* at 1).

Upon due consideration, and good cause appearing, the Court **GRANTS IN PART** Defendant's unopposed motion. Any joint motion for determination of a discovery dispute as referenced in the instant motion must be filed on or before **March 22, 2021**. The Court **DENIES WITHOUT**

1  **PREJUDICE** Defendant's request to continue all other deadlines.  Further,

2  **IT IS HEREBY ORDERED** that a telephonic status conference regarding

3  Defendant's point of contact will be held before Magistrate Judge Mitchell D.

4  Dembin on **March 5, 2021** at **9:15 a.m.**  Only counsel are required to

5  participate.  Counsel are ordered to use the dial-in information filed as a

6  separate notice to access the Court's teleconference service.[1]

7  **IT IS SO ORDERED**.

8  Dated:   February 18, 2021

   _____
   Hon. Mitchell D. Dembin
   United States Magistrate Judge

---

[1] The teleconference information sheet can be accessed through ECF using the login information assigned to an attorney of record in the case and then selecting the "report" option.  On the next screen, the "docket sheet" option should be selected, prompting the user for a PACER login (assigned to the attorney of record). Once the PACER login is completed, the case number can be entered which will display the docket sheet for the case and allow the user to open the teleconference information sheet.